# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1106
LT Case No. 2020-CF-000817-A

_____

RAPHEAL ARNOLD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Rapheal Arnold, Cross City, pro se.

No Appearance for Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––